No. 954, October Term, 1940. SPRUILL v. BALLARD ET AL. October 13, 1941. The motion to consider new evidence is denied. The petition for rehearing is also denied. 313 U. S. 576.

No. 1063, October Term, 1940. PEARL ASSURANCE CO., LTD., ET AL. v. HARRINGTON, COMMISSIONER OF INSURANCE OF MASSACHUSETTS. October 13, 1941. The petition for rehearing is denied. MR. JUSTICE FRANKFURTER took no part in the consideration and decision of this application. 313 U. S. 549.

No. —, original, October Term, 1940. CALIFORNIA v. UNITED STATES. October 13, 1941. 313 U. S. 546.

No. —, October Term, 1940. EX PARTE ELLERT L. MC-GRATH. October 13, 1941. 313 U. S. 543.

No. 594, October Term, 1940. UNION PACIFIC RAILROAD CO. ET AL. v. UNITED STATES ET AL. October 13, 1941. 313 U. S. 450.

No. 618, October Term, 1940. UNITED STATES v. CLASSIC ET AL. October 13, 1941. 313 U. S. 299.

No. 640, October Term, 1940. UNITED STATES ET AL. v. MORGAN, ADMINISTRATRIX, ET AL. October 13, 1941. 313 U. S. 409.